# DONALD A. BAILEY
Attorney at Law
1601 Fifth Avenue, Suite 610
Seattle, Washington 98101

Telephone: (206) 910 2384
Donald.Bailey@shaferbailey.com

July 30, 2021

Hon Christopher M Alston
United States Bankruptcy Court
Western District of Washington                                             VIA ECF

Re: Brown v Yousef Case No. 19-01116 CMA

Dear Judge Alston:

We are writing jointly to advise the Court that the above-referenced matter has been settled, and to ask the Court to take it off the trial calendar and suspend all unexpired deadlines in the adversary scheduling order.

The proposed settlement, we believe, addresses the concerns expressed by the Court in rejecting the settlement previously proposed. In addition to providing substantially more money for the estate, it provides for the withdrawal of claims of family members of the debtor, some of which are the subject of pending claim objections.

Ms. Moewes has confirmed that Tony Wisen, counsel for the largest creditor, Hayat Sindi, does not oppose a continuance of the trial date pending a hearing on the motion to approve the compromise and settlement, so that further legal fees are not incurred while the motion is prepared and considered.

Thank you for your consideration.

                                                                     Very truly yours,

                                                                     Attorney for Intervenor

                                                          /s/ Denice Moewes per email authorization

                                                                     Denice Moewes
                                                                     Wood & Jones P.S.
                                                                     Attorney for Plaintiff

cc: ECF Recipients