# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON

Michael Schmidt
Law Clerk to Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

August 6, 2021

**Via CM/ECF:**

Denice E. Moewes
303 N 67th St
Seattle, WA 98103

Donald A. Bailey
1601 Fifth Ave.
Suite 610
Seattle, WA 98101

John G. Llewellyn
Llewellyn & Shafer
4847 California Ave. SW
Suite 100
Seattle, WA 98116

Re: *Brown v. Yousef, et al.*;
**Adversary No. 19-01116**

Dear Counsel:

The Court received the letter from Mr. Bailey and Ms. Moewes filed on July 30, 2021 [ECF No. 91], requesting the Court to strike the trial dates and other deadlines set in the above referenced adversary proceeding. Please be advised that the Court will consider this request once a Motion to Approve Compromise or Settlement is filed, served, and noted for hearing.

Please do not hesitate to contact me should you have any questions and/or concerns.

Sincerely,

Michael Schmidt
Law Clerk to the Honorable Christopher M. Alston