Below is the Order of the Court.

Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>Samia El-Moslimany,<br><br>     Debtor. | Case No. 18-14820 |
| Ronald G. Brown,<br><br>     Plaintiff,<br> v.<br><br>Aziza Yousef and John Doe Yousef,<br><br>     Defendants,<br><br>Samia El-Moslimany<br><br>     Intervenor. | Adv. No. 19-01116<br><br>SUPPLEMENTAL ORDER ON PLAINTIFF'S MOTION TO COMPEL DEFENDANTS AZIZA AND JOHN DOE AL-YOUSEF TO ANSWER DISCOVERY |

This matter came before the Court on the Plaintiff's Motion to Compel Defendants Aziza and John Doe Al-Yousef to Answer Discovery (the "Motion") [ECF No. 75]. The Court held a hearing on the Motion on July 22, 2021. Counsel for the Plaintiff and Counsel for the Intervenor, Samia El-Moslimany, appeared and presented argument. The Defendants did not appear at the hearing. The Court granted the Motion, ordered that the Defendants pay the Plaintiff's costs for bringing the Motion, and ordered that the Intervenor pay the costs for the Plaintiff replying to the response and attending the hearing. *See* ECF No. 89. The Court gave the Plaintiff seven days after entry of the order to file a declaration detailing the additional expenses and granted the Intervenor seven days after the filing of the declaration to respond.

Counsel for the trustee timely submitted a declaration stating she spent 5.3 hours at a rate of $375/hour to prepare and file a reply to the Intervenor's response and to prepare for and argue at the hearing. The Intervenor did not file a response to this declaration by the deadline stated in the Order to Compel. The Court finds these additional expenses incurred by the Trustee because of the conduct of the Intervenor and her counsel are reasonable. Now therefore, it is hereby

ORDERED Intervenor Samia El Moslimany and her counsel, Donald Bailey, shall pay, jointly and severally, $1,987.50 to Plaintiff Trustee Ronald G. Brown within fourteen (14) days of the entry of this order.

///END OF ORDER///